

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00033-CV

Kendall **HARRIS** and Angela Pyatte,
Appellants

v.

**LAWYERS TITLE INSURANCE CORPORATION**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 13-12-52792-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that appellee Lawyers Title Insurance Corporation recover its costs of this appeal, if any, from appellants Kendall Harris and Angela Pyatte.

SIGNED March 11, 2015.

_____
Marialyn Barnard, Justice